IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00077-MSK-CBS

TERRY UNRUH,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference (*doc. no. 17)* is GRANTED. The settlement conference set for August 20, 2008 is **VACATED**.

    A settlement conference may be set upon the request of the parties, after they have conferred and determined that such a conference would be of assistance in resolving the case.

**DATED:**    August 7, 2008